B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF FLORIDA<br>MIAMI DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Medrano, Silvio Salvador** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Medrano, Lila Carmen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Silvio Medrano** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Lila Medrano** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1545** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-3468** |

| Street Address of Debtor (No. and Street, City, and State):<br>**16621 SW 58 Terr**<br>**Miami, FL** | ZIP CODE<br>**33193** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**16621 SW 58 Terr**<br>**Miami, FL** | ZIP CODE<br>**33193** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | | County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | |
| Mailing Address of Debtor (if different from street address):<br>**16621 SW 58 Terr**<br>**Miami, FL** | ZIP CODE<br>**33193** | Mailing Address of Joint Debtor (if different from street address):<br>**16621 SW 58 Terr**<br>**Miami, FL** | ZIP CODE<br>**33193** |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIP CODE |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed**    (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☑ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee**   (Check one box.)<br>☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration.  See Official Form 3B. | **Check one box:**    **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                                                                      **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Silvio Salvador Medrano**<br>**Lila Carmen Medrano** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**Southern District of Florida (Miami)** | Case Number:<br>**98-19968-RAM** | Date Filed:<br>**10/20/1998** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**  /s/ Patrick L. Cordero, Esq.                11/12/2012<br>     Patrick L. Cordero, Esq.                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                      Page 3

| # Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Silvio Salvador Medrano**<br>**Lila Carmen Medrano** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Silvio Salvador Medrano**
_____
**Silvio Salvador Medrano**

X  **/s/ Lila Carmen Medrano**
_____
**Lila Carmen Medrano**

_____
Telephone Number (If not represented by attorney)

**11/12/2012**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ Patrick L. Cordero, Esq.**
_____
**Patrick L. Cordero, Esq.**          Bar No. **801992**

**Law Offices of Patrick L. Cordero, P.A.**
**198 NW 37th Avenue**
**Miami, FL 33125**

Phone No.**(305) 445-4855**          Fax No.**(305) 445-9483**

**11/12/2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Silvio Salvador Medrano**                                      Case No. _____
         **Lila Carmen Medrano**                                                              (if known)

                 Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Silvio Salvador Medrano**                                       Case No. _____
         **Lila Carmen Medrano**                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:   **/s/ Silvio Salvador Medrano** _____
                       Silvio Salvador Medrano

Date:  _____**11/12/2012**_____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:   **Silvio Salvador Medrano**                                    Case No. _____
         **Lila Carmen Medrano**                                                      (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1. Within the 180 days   **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.     *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days   **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.     *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:    **Silvio Salvador Medrano**                                        Case No. _____
          **Lila Carmen Medrano**                                                                    (if known)

                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Lila Carmen Medrano**_____
                              Lila Carmen Medrano

Date:      **11/12/2012**_____

B6A (Official Form 6A) (12/07)

In re  **Silvio Salvador Medrano**                                       Case No. _____
     **Lila Carmen Medrano**                                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead Address 16621 SW 58 Terr Miami, FL 33193<br><br>1st Mtg *Being paid outside the chapter 13 plan* Valuation as per zillo.com | Owner | - | $293,033.00 | $385,567.00 |
| Non-Homestead Address 8104 SW 157 PL Miami, FL 33193<br><br>1st Mtg and H.O.A * Current and being paid outside the chapter 13 plan* Valuation as per Accurate Appraising Services, Inc | Owners | - | $185,000.00 | $91,308.00 |
| | | **Total:** | **$478,033.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Silvio Salvador Medrano**                     Case No. _____
       **Lila Carmen Medrano**                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash money | - | $20.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account NO.: 5322 | J | $2,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture Description: 1 Sofa, 3 Televisions, 1 Stereo, 1 Dvd Player, 1 Dining Table, 6 Chairs, 1 Desk, 1 Computer, 1 Chair, 1 Printer, 2 beds, 2 Dressers, and other Miscellaneous Furnitures. Appliances.: 1 Refrigerator, 1 Microwave, 1 Dish Washer, 1 Washer, 1 Dryer, 1 Stove. | - | $2,190.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Decorations: Picture Frames, Wall Decor, and Other Decorative Items. | - | $90.00 |
| 6. Wearing apparel. | | Clothing | - | $150.00 |
| 7. Furs and jewelry. | | Jewelry Description: 2 Pair of Earrings, 1 Necklace, 2 Watches, 2 Rings, and Other Costume Jewelry | - | $420.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Silvio Salvador Medrano**                              Case No. _____
       **Lila Carmen Medrano**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Silvio Salvador Medrano**                    Case No. _____
        **Lila Carmen Medrano**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevrolet Malibu *Current and being paid outside the chapter 13 plan* Mileage.: Vin No.: 1G1ZG57B88F168297 Debtor's son pays and drives vehicle. Vehicle is jointly owned with debtor's son. | J | $6,000.00 |
| | | 2005 Chevrolet *Paid in Full* Mileage.: 125,000 Vin No.: 1G1ZS52F45F131848 Vehicle is jointly owned with debtor's son. | J | $2,773.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |

_____4_____ continuation sheets attached     **Total  >** | **$13,643.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☑  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead Address 16621 SW 58 Terr Miami, FL 33193 1st Mtg *Being paid outside the chapter 13 plan* Valuation as per zillo.com | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $293,033.00 | $293,033.00 |
| Bank of America Checking Account NO.: 5322 | Fla. Const. art. X, § 4(a)(2) | $2,000.00 | $2,000.00 |
| 2005 Chevrolet *Paid in Full* Mileage.: 125,000 Vin No.: 1G1ZS52F45F131848 Vehicle is jointly owned with debtor's son. | Fla. Const. art. X, § 4(a)(2) | $1,000.00 | $2,773.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $296,033.00 | $297,806.00 |

B6D (Official Form 6D) (12/07)

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx7242<br><br>**Americas Servicing Co<br>POB 10328<br>Des Moines, IA 50306** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Non-Homestead**<br>REMARKS:<br>**Address<br>8104 SW 157 PL<br>Miami, FL 33193**<br><br>**1st Mtg and H.O.A * Current and being paid outside the chapter 13 plan*<br>Valuation as per Accurate Appraising Services, Inc**<br><br>VALUE:               **$185,000.00** | | | | **$91,308.00** | |
| ACCT #: xxxxxxxxx0108<br><br>**Chase Auto<br>POB 901076<br>Ft. Worth, TX 76101** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**2008 Chevrolet Malibu**<br>REMARKS:<br>**2008 Chevrolet Malibu *Current and being paid outside the chapter 13 plan*<br>Mileage.:<br>Vin No.: 1G1ZG57B88F168297**<br><br>VALUE:               **$6,000.00** | | | | **$699.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$92,007.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Silvio Salvador Medrano**                     Case No. _____
        **Lila Carmen Medrano**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **149**<br><br>**Lennar at Lago Mar**<br>**Executive Nat'L Bank Lockbox**<br>**POB 162708**<br>**Miami, FL 33116** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homeowners Association**<br>COLLATERAL:<br>**Non-Homestead**<br>REMARKS:<br>**Address**<br>**8104 SW 157 PL**<br>**Miami, FL 33193**<br><br>**1st Mtg and H.O.A * Current and being** | | | | $0.00 | |
| | | | **paid outside the chapter 13 plan***<br>**Valuation as per Accurate Appraising**<br>**Services, Inc** | | | | | |
| | | | VALUE: **$185,000.00** | | | | | |
| ACCT #: **xxxxxx4938**<br><br>**Ocwen Loan Servicing LLC**<br>**1661 Worthington R**<br>**West Palm Beach, FL 33409** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Address**<br>**16621 SW 58 Terr**<br>**Miami, FL 33193**<br><br>**1st Mtg *Being paid outside the** | | | | $385,567.00 | $92,534.00 |
| | | | **chapter 13 plan***<br>**Valuation as per zillo.com** | | | | | |
| | | | VALUE: **$293,033.00** | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $385,567.00 | $92,534.00 |
| Total (Use only on last page) > | $477,574.00 | $92,534.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Silvio Salvador Medrano**                                    Case No. _____
     **Lila Carmen Medrano**                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Silvio Salvador Medrano**                                    Case No. _____
         **Lila Carmen Medrano**                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx6559**<br>**Afni**<br>**Attn: Bky**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - AT T**<br>REMARKS: | | | | $3,010.00 |
| ACCT #:  **xxxxxxxxxxx9483**<br>**American Express**<br>**American Express Special Research**<br>**POB 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **11/1985**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $17,494.43 |
| ACCT #:  **xxxxxxxxxxx1433**<br>**American Express**<br>**American Express Special Research**<br>**POB 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **10/1985**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,908.00 |
| ACCT #:  **xxxxxxxxxxx3913**<br>**American Express**<br>**American Express Special Research**<br>**POB 981540**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **06/1985**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxx-xxxxxx-x2002**<br>**American Express**<br>**POB 981535**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxx-xxxxxx-x5004**<br>**American Express**<br>**POB 981535**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| | | | | | | Subtotal > | $24,415.43 |

_____**12**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Silvio Salvador Medrano**
       **Lila Carmen Medrano**

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-1545**<br>**American Express**<br>**POB 981535**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxx7117**<br>**American Honda Finance**<br>**Attn: Centralized Bky Dept.**<br>**POB 168088**<br>**Irving, TX 75016** | | - | DATE INCURRED:  **05/2007**<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxx-xx-xxxx/3468**<br>**AT&T**<br>**333 Commerce St Fl 20**<br>**Nashville, TN 37201-1800** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cellular bill**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxx-xxxx-xxxx-9028**<br>**Bank Of America**<br>**Attn: Recovery Dept**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | - | DATE INCURRED:  **01/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,525.00** |
| ACCT #:  **xxxx-xxxx-xxxx-2249**<br>**Bank Of America**<br>**Attn: Recovery Dept**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | - | DATE INCURRED:  **01/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,498.00** |
| ACCT #:  **xxxx-xxxx-xxxx-9921**<br>**Bank Of America**<br>**Attn: Recovery Dept**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | - | DATE INCURRED:  **01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**1**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$10,027.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Silvio Salvador Medrano**                    Case No. _____
       **Lila Carmen Medrano**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx7619<br>**Barclays Bank Delaware/BJ's Card Svcs**<br>**Attn: Bky**<br>**POB 1337**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED:  **05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $971.00 |
| ACCT #:  xxxx-xxxx-xxxx-7619<br>**BJ'S Card Services**<br>**POB 13337**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx8951<br>**Cap1/bstby/Hsbc Retail Services**<br>**Attn: Bky**<br>**POB 5263**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **04/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $837.00 |
| ACCT #:  xxxx-xxxx-xxxx-4510<br>**Capital One, Na.**<br>**Capital One Bank (USA) N.A.**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxx-xxxx-xxxx-5224<br>**Capital One, Na.**<br>**Capital One Bank (USA) N.A.**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **10/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxx-xxxx-xxxx-0252<br>**Capital One, Na.**<br>**Capital One Bank (USA) N.A.**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **07/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. ___**2**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$1,812.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-2497**<br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **11/30/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxx-xxxx-xxxx-7079**<br>**Chase**<br>**Attn: Bky**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,079.00 |
| ACCT #:  **xxxx-xxxx-xxxx-7240**<br>**Chase**<br>**Attn: Bky**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,723.00 |
| ACCT #:  **xxxxxxx2386**<br>**Chase**<br>**Attn: Bky**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **05/26/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxx-xxxx-xxxx-4313**<br>**Chase**<br>**Attn: Bky**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **08/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxx-xxxx-xxxx-9309**<br>**Chase**<br>**Attn: Bky**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. ____3____ of ____12____ continuation sheets attached to                          **Subtotal >**        **$9,806.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Silvio Salvador Medrano**                              Case No. _____
        **Lila Carmen Medrano**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx5761**<br>**Chase/cc**<br>**Attn: Bky**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **05/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxxxxxxxxx9216**<br>**Citibank Usa**<br>**CITICORP CREDIT SVCS/ATTN: CENTRALIZ**<br>**POB 20363**<br>**Kansas City, MO 64195** | | - | DATE INCURRED:  **08/27/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx-xxxxx CA 05**<br>**Clarfield & Okon, P.A**<br>**500 S Australian Ave #730**<br>**West Palm Beach, FL 33401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Ocwen Loan Servicing LLC**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxx0901**<br>**Coastal States Mtg**<br>**600 Corporate Dr # 620**<br>**FT Lauderdale, FL 33334** | | - | DATE INCURRED:  **09/2001**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx-xxxxx CA 31**<br>**Cordoba & Associates, P.A.**<br>**1551 Sawgrass Corporate Parkway #110**<br>**Sunrise, FL 33323** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - American Express Centurion**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxx1466**<br>**Credit First/CFNA**<br>**BK13 Credit Operations**<br>**POB 818011**<br>**Cleveland, OH 44181** | | - | DATE INCURRED:  **04/1980**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**4**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Silvio Salvador Medrano**                                    Case No. _____
        **Lila Carmen Medrano**                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx8620<br>**Dsnb Macys**<br>**Attn: Bky**<br>**POB 8053**<br>**Mason, OH 45040** | | - | DATE INCURRED:  **10/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $434.00 |
| ACCT #:  xxxx2170<br>**Enhanced Recovery Corp**<br>**Attn: Client Svcs**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for - AT T**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx0971<br>**First Natl Bank Of Az**<br>**17600 N. Primeter Dr**<br>**Scottsdale, AZ 85251** | | - | DATE INCURRED:  **08/2005**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxx2077<br>**G M A C**<br>**Attn: Customer Service**<br>**POB 4622**<br>**Waterloo, IA 50704** | | - | DATE INCURRED:  **02/2005**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxx2073<br>**Gecrb/brandsmart**<br>**Attn: Bky Dept**<br>**POB 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **11/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxx8372<br>**Gecrb/brmart**<br>**Attn: Bky Dept**<br>**POB 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **11/07/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. ___5___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Subtotal >    $439.00

                                                                           Total >
                         (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                       Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Silvio Salvador Medrano**                           Case No. _____
         **Lila Carmen Medrano**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx5905<br>**Gecrb/hh Gregg**<br>**Attn: Bky Dept**<br>**POB 103104**<br>**Roswell, GA 30076** | - | | DATE INCURRED: **08/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx8649<br>**Gecrb/mervyns**<br>**Attn: Bky Dept**<br>**POB 103104**<br>**Roswell, GA 30076** | - | | DATE INCURRED: **08/02/1991**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx0243<br>**GEMB / Old Navy**<br>**Attn: GEMB**<br>**POB 103104**<br>**Roswell, GA 30076** | - | | DATE INCURRED: **10/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx5851<br>**Gemb/ashley City Furni**<br>**Attn: Bky**<br>**POB 103104**<br>**Roswell, GA 30076** | - | | DATE INCURRED: **09/12/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxx-xxxx-xxxx-2520<br>**Gemb/brandsmart Pltnm**<br>**Attn: Bky**<br>**POB 103104**<br>**Roswell, GA 30076** | - | | DATE INCURRED: **11/22/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx5170<br>**Gemb/disney**<br>**Attn: Bky**<br>**POB 103104**<br>**Roswell, GA 30076** | - | | DATE INCURRED: **12/17/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. _____6_____ of _____12_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $6.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Silvio Salvador Medrano**                              Case No. _____
       **Lila Carmen Medrano**                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx2247<br>**Gemb/JC Penny**<br>**Attn: Bky**<br>**POB 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **03/1991**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx0085<br>**Gemb/JC Penny**<br>**Attn: Bky**<br>**POB 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxx-xxxx-xxxx-4485<br>**Gemb/oldnavydc**<br>**Attn: Bky**<br>**POB 130104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **03/12/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxx-xxxx-xxxx-5320<br>**Gemb/walmart Dc**<br>**Walmart/GEMB**<br>**POB 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **06/24/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxx4497<br>**Gmac Mortgage**<br>**Att: Bky Dept.**<br>**1100 Virginia Dr.**<br>**Ft. Washington, PA 19034** | | | DATE INCURRED:  **08/2005**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxx2175<br>**Home Comings Financial / GMAC Mortgage**<br>**Attn: Bky Dept**<br>**1100 Virginia Dr**<br>**Fort Washington, PA 19034** | | - | DATE INCURRED:  **08/2005**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | $1.00 |

Sheet no. ____7____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $6.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Silvio Salvador Medrano**                        Case No. _____
       **Lila Carmen Medrano**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx-xxxx/3468<br>**Honorable Eric Holder**<br>**Attorney General of the United States**<br>**Dept of Justice #4400**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxx-xx-xxxx/3468<br>**Honorable Jeffrey H. Sloman**<br>**United States Attorney**<br>**99 NE 4 St**<br>**Miami, Fl 33132** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-7022<br>**Hsbc Bank**<br>**Attn: Bky**<br>**POB 5213**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **10/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xxxxxxxxxxxx3853<br>**Hsbc/bsbuy**<br>**POB 5253**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **04/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xxxxxxxxxxxx2320<br>**Hsbc/ofmax**<br>**Attn: Bky**<br>**POB 5263**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **05/04/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xxx-xx-xxxx/3468<br>**Internal Revenue Serv**<br>**Compliance Serv Insolvency**<br>**STOP 5730**<br>**7850 SW 6 Ct**<br>**Plantation, Fl 33324** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____8_____ of _____12_____ continuation sheets attached to                                    Subtotal >     **$3.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-xxxx/3468**<br>**Internal Revenue Service**<br>**POB 21126**<br>**Philadelphia, PA 19114-0326** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx7610**<br>**Kohls/capone**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | - | DATE INCURRED:  **05/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$635.00** |
| ACCT #:  **xxx-xx-xxxx/3468**<br>**Miami Dade Public Library**<br>**101 W. Flagler St**<br>**Miami, FL 33130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxx0901**<br>**Pen Mtg Bkrs**<br>**9415 SE 72 St**<br>**Miami, FL 33173** | | - | DATE INCURRED:  **09/06/2001**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxxxxxxxx0001**<br>**Sallie Mae**<br>**Attn: Claims Dept**<br>**POB 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxxxxxxxxxxxxxxxx0302**<br>**Sallie Mae**<br>**Attn: Claims Dept**<br>**POB 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **03/02/2007**<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**9**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$639.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Silvio Salvador Medrano**                               Case No. _____
       **Lila Carmen Medrano**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx3308 <br> **Sears/cbna** <br> **Citicard Credit Srvc/Centralized Bky** <br> **POB 20507** <br> **Kansas City, MO 64195** | | - | DATE INCURRED:  **11/2011** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx3369 <br> **Sears/cbna** <br> **Citicard Credit Srvc/Centralized Bky** <br> **POB 20507** <br> **Kansas City, MO 64195** | | - | DATE INCURRED:  **11/2004** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  xxxx-xxxx-xxxx-7929 <br> **Sears/cbna** <br> **Citicard Credit Srvc/Centralized Bky** <br> **POB 20507** <br> **Kansas City, MO 64195** | | - | DATE INCURRED:  **12/2004** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxx0123 <br> **Sears/cbna** <br> **Citicard Credit Srvc/Centralized Bky** <br> **POB 20507** <br> **Kansas City, MO 64195** | | - | DATE INCURRED:  **06/01/1996** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxx0302 <br> **Slfc/Sallie Mae** <br> **Attn: Bky** <br> **POB 9500** <br> **Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **03/2007** <br> CONSIDERATION: <br> **Student Loans** <br> REMARKS: | | | | $1.00 |
| ACCT #:  xxx-xx-xxxx/3468 <br> **Special Assistant United States Attorney** <br> **c/o Internal Revenue Serv. Area Counsel** <br> **Claude Pepper Federal Bldg.** <br> **51 SW 1 Ave # 1114** <br> **Miami, Fl 33130** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**10**____ of _____**12**_____ continuation sheets attached to                    Subtotal >        $5.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                          (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                     Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Silvio Salvador Medrano**          Case No. _____
       **Lila Carmen Medrano**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx-xxxx/3468<br>**Special Asst US Attorney**<br>**c/o IRS Area Counsel**<br>**1000 S Pine Island Rd #300**<br>**Plantation, Fl 33324** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxx4394<br>**Target Credit Card (TC)**<br>**C/O Financial & Retail Svcs**<br>**Mailstop BT  POB 9475**<br>**Minneapolis, MN 55440** | | - | DATE INCURRED:  **03/25/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xxxxxx0507<br>**Taylor, Bean & Whitake**<br>**Attn: Bky**<br>**1417 N Magnolia Ave**<br>**Ocala, FL 34475** | | - | DATE INCURRED:  **05/02/2007**<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xxxx-xxxx-xxxx-2131<br>**Tnb-Visa  (TV) / Target**<br>**C/O Financial & Retail Svcs**<br>**Mailstop BV  POB 9475**<br>**Minneapolis, MN 55440** | | - | DATE INCURRED:  **06/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,385.00** |
| ACCT #:  xxxx-xxxx-xxxx-2632<br>**Tnb-Visa  (TV) / Target**<br>**C/O Financial & Retail Svcs**<br>**Mailstop BV  POB 9475**<br>**Minneapolis, MN 55440** | | - | DATE INCURRED:  **06/12/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xxx2060<br>**Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN 47130** | | | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**Collecting for - MIAMI-DADE PUBLIC LIBRARY SYS**<br>REMARKS: | | | | **$61.00** |

Sheet no. ____11____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6,449.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Silvio Salvador Medrano**                              Case No. _____
         **Lila Carmen Medrano**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx4417**<br>**Usa Funds/sallie Mae Servicing**<br>**Attn: Bky Litigation Unit**<br>**E3149, POB 9430**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **05/2011**<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **xxxxxxx4417**<br>**Usa Funds/sallie Mae Servicing**<br>**Attn: Bky Litigation Unit**<br>**E3149, POB 9430**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **04/2011**<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | X | $1.00 |
| ACCT #:  **xxxxx9106**<br>**Victoria's Secret**<br>**Attn: Bky**<br>**POB 182125**<br>**Columbus, OH 43218** | | - | DATE INCURRED:  **08/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**12**____ of ____**12**____ continuation sheets attached to                              Subtotal >    $3.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >    $53,616.43
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Silvio Salvador Medrano**                                      Case No. _____
      **Lila Carmen Medrano**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **Silvio Salvador Medrano**                                    Case No. _____
       **Lila Carmen Medrano**                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |
| **Employment:** | Debtor | | Spouse | |
| Occupation | Sales | | Unemployed | |
| Name of Employer | Abraham Chevrolet Miami, Inc | | | |
| How Long Employed | 8 Years | | | |
| Address of Employer | 4181 SW 8 ST<br>Miami, FL 33134 | | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,686.59 | $0.00 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$3,686.59** | **$0.00** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $238.67 | $0.00 |
| b. Social Security Tax | $0.00 | $0.00 |
| c. Medicare | $0.00 | $0.00 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$238.67** | **$0.00** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$3,447.92** | **$0.00** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12.  Pension or retirement income | $0.00 | $0.00 |
| 13.  Other monthly income (Specify): | | |
| a. Rental Income from Non-H/S | $1,200.00 | $0.00 |
| b._____ | $0.00 | $0.00 |
| c._____ | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$1,200.00** | **$0.00** |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,647.92** | **$0.00** |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,647.92** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Silvio Salvador Medrano**                                       Case No. _____
         **Lila Carmen Medrano**                                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>    a. Are real estate taxes included?  ☐ Yes  ☑ No <br>    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $204.59 |
|               b. Water and sewer | $41.37 |
|               c. Telephone | $28.39 |
|               d. Other:  Cable | $29.99 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $746.00 |
| 5. Clothing | $160.00 |
| 6. Laundry and dry cleaning | $66.00 |
| 7. Medical and dental expenses | $120.00 |
| 8. Transportation (not including car payments) | $346.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $10.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>         a. Homeowner's or renter's <br>         b. Life <br>         c. Health <br>         d. Auto <br>         e. Other: | <br><br><br><br>$96.99 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) <br>         a. Auto:  Homeowners Association <br>         b. Other: <br>         c. Other: <br>         d. Other: | <br>$78.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  See attached personal expenses | $1,687.69 |
| 17.b. Other: | |

| | |
|---|---:|
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,** <br> **if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$3,615.02** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,647.92 |
| b. Average monthly expenses from Line 18 above | $3,615.02 |
| c. Monthly net income (a. minus b.) | $1,032.90 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  **Silvio Salvador Medrano**                             CASE NO
        **Lila Carmen Medrano**

                                                    CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---------|-------:|
| Personal Care Products & Services | **$55.00** |
| Internet Payment | **$19.99** |
| Non-Homestead Mtg Payment | **$1,522.70** |
| Cell Phone Payment | **$90.00** |
| **Total >** | **$1,687.69** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re  **Silvio Salvador Medrano**                                    Case No.
      **Lila Carmen Medrano**

                                                Chapter        **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $478,033.00 | | |
| B - Personal Property | Yes | 5 | $13,643.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $477,574.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $53,616.43 | |
| G - Exectutory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,647.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $3,615.02 |
| TOTAL | | 28 | $491,676.00 | $531,190.43 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re  **Silvio Salvador Medrano**                                    Case No.
       **Lila Carmen Medrano**

                                                                      Chapter      **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,647.92** |
| Average Expenses (from Schedule J, Line 18) | **$3,615.02** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,808.59** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$92,534.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$53,616.43** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$146,150.43** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Silvio Salvador Medrano**                                    Case No.  _____
    **Lila Carmen Medrano**                                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **30** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/12/2012**_____    Signature  _**/s/ Silvio Salvador Medrano**_____
                                                             *Silvio Salvador Medrano*


Date  **11/12/2012**_____    Signature  _**/s/ Lila Carmen Medrano**_____
                                                             *Lila Carmen Medrano*

    [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Silvio Salvador Medrano**                                    Case No. _____
        **Lila Carmen Medrano**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$38,880.07** | **2012 Estimated YTD Income** |
| **$36,950.00** | **2011 Income Tax Return** |
| **$44,372.00** | **2010 Income Tax Return** |

None
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Silvio Salvador Medrano**                              Case No. _____
         **Lila Carmen Medrano**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ocwen Loan Servicing LLC vs Silvio S. Medrano, et al Case No.: 11-12602 CA 05 | Lawsuit | Dade County Courthouse 73 West Flagler St Miami, FL 33130 | Foreclosure Proceedings |
| American Expess Centurion Bank, A Utah State Chartered Bank vs Silvio S. Medrano Case No.: 12-36500 CA 31 | Lawsuit | Dade County Courthouse 73 West Flagler ST Miami, FL 33130 | Judgment |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:    **Silvio Salvador Medrano**                                    Case No. _____
          **Lila Carmen Medrano**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Patrick L. Cordero, P.A.** **198 NW 37th Avenue** **Miami, FL 33125** | **11/2012** | **$1,500.00** |

---

None ☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None ☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  **Silvio Salvador Medrano**                    Case No. _____
**Lila Carmen Medrano**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Silvio Salvador Medrano**                                   Case No. _____
         **Lila Carmen Medrano**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☒ a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☒ b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☒ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☒ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☒ a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☒ b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☒ a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☒ b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☒ a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☒ b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:   **Silvio Salvador Medrano**                                      Case No. _____
         **Lila Carmen Medrano**                                                          (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **11/12/2012**_____       Signature _____**/s/ Silvio Salvador Medrano**_____
                                                     of Debtor        ***Silvio Salvador Medrano***

Date   **11/12/2012**_____       Signature _____**/s/ Lila Carmen Medrano**_____
                                                     of Joint Debtor  ***Lila Carmen Medrano***
                                                     (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  **Silvio Salvador Medrano**
        **Lila Carmen Medrano**

CASE NO

CHAPTER    **13**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/12/2012                          Signature  /s/ Silvio Salvador Medrano
                                                     *Silvio Salvador Medrano*

Date  11/12/2012                          Signature  /s/ Lila Carmen Medrano
                                                     *Lila Carmen Medrano*

Afni
Attn: Bky
1310 Martin Luther King Dr

American Express
American Express Special Resear
POB 981540

American Express
POB 981535
El Paso, TX 79998

American Honda Finance
Attn: Centralized Bky Dept.
POB 168088

Americas Servicing Co
POB 10328
Des Moines, IA 50306

AT&T
333 Commerce St Fl 20
Nashville, TN 37201-1800

Bank Of America
Attn: Recovery Dept
4161 Piedmont Pkwy

Barclays Bank Delaware/BJ's Card
Attn: Bky
POB 1337

BJ'S Card Services
POB 13337
Philadelphia, PA 19101

Cap1/bstby/Hsbc Retail Services
Attn: Bky
POB 5263

Capital One, N.a.
Capital One Bank (USA) N.A.
POB 30285

Chase
Attn: Bky
POB 15298

Chase Auto
POB 901076
Ft. Worth, TX 76101

Chase/cc
Attn: Bky
POB 15298

Citibank Usa
CITICORP CREDIT SVCS/ATTN: CENTI
POB 20363

Clarfield & Okon, P.A
500 S Australian Ave #730
West Palm Beach, FL 33401

Coastal States Mtg
600 Corporate Dr # 620
FT Lauderdale, FL 33334

Cordoba & Associates, P.A.
1551 Sawgrass Corporate Parkway
Sunrise, FL 33323

Credit First/CFNA
BK13 Credit Operations
POB 818011

Dsnb Macys
Attn: Bky
POB 8053

Enhanced Recovery Corp
Attn: Client Svcs
8014 Bayberry Rd

First Natl Bank Of Az
17600 N. Primeter Dr
Scottsdale, AZ 85251

G M A C
Attn: Customer Service
POB 4622

Gecrb/brandsmart
Attn: Bky Dept
POB 103104

Gecrb/brmart
Attn: Bky Dept
POB 103104

Gecrb/hh Gregg
Attn: Bky Dept
POB 103104

Gecrb/mervyns
Attn: Bky Dept
POB 103104

```
GEMB / Old Navy
Attn: GEMB
POB 103104

Gemb/ashley City Furni
Attn: Bky
POB 103104

Gemb/brandsmart Pltnm
Attn: Bky
POB 103104

Gemb/disney
Attn: Bky
POB 103104

Gemb/JC Penny
Attn: Bky
POB 103104

Gemb/oldnavydc
Attn: Bky
POB 130104

Gemb/walmart Dc
Walmart/GEMB
POB 103104

Gmac Mortgage
Att: Bky Dept.
1100 Virginia Dr.

Home Comings Financial / GMAC Mo
Attn: Bky Dept
1100 Virginia Dr
```

Honorable Eric Holder
Attorney General of the United S
Dept of Justice #4400

Honorable Jeffrey H. Sloman
United States Attorney
99 NE 4 St

Hsbc Bank
Attn: Bky
POB 5213

Hsbc/bsbuy
POB 5253
Carol Stream, IL 60197

Hsbc/ofmax
Attn: Bky
POB 5263

Internal Revenue Serv
Compliance Serv Insolvency
STOP 5730

Internal Revenue Service
POB 21126
Philadelphia, PA 19114-0326

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lennar at Lago Mar
Executive Nat'L Bank Lockbox
POB 162708

Miami Dade Public Library
101 W. Flagler St
Miami, FL 33130

Ocwen Loan Servicing LLC
1661 Worthington R
West Palm Beach, FL 33409

Pen Mtg Bkrs
9415 SE 72 St
Miami, FL 33173

Sallie Mae
Attn: Claims Dept
POB 9500

Sears/cbna
Citicard Credit Srvc/Centralized
POB 20507

Slfc/Sallie Mae
Attn: Bky
POB 9500

Special Assistant United States
c/o Internal Revenue Serv. Area
Claude Pepper Federal Bldg.

Special Asst US Attorney
c/o IRS Area Counsel
1000 S Pine Island Rd #300

Target Credit Card (TC)
C/O Financial & Retail Svcs
Mailstop BT  POB 9475

Taylor, Bean & Whitake
Attn: Bky
1417 N Magnolia Ave

Tnb-Visa  (TV) / Target
C/O Financial & Retail Svcs
Mailstop BV  POB 9475

Unique National Collec
119 E Maple St
Jeffersonville, IN 47130

Usa Funds/sallie Mae Servicing
Attn: Bky Litigation Unit
E3149, POB 9430

Victoria's Secret
Attn: Bky
POB 182125