# UNITED STATES BANKRUPTCY COURT
## MIAMI
### SOUTHERN DISTRICT OF FLORIDA DIVISION

CASE NO.: 12-37267-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

SILVIO SALVADOR MEDRANO
LILA CARMEN MEDRANO

DEBTORS_____/

## REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtors, pursuant to Local Rule 3070-1(B) were to be current in all payments under the confirmed Chapter 13 Plan on or before **December 31, 2015**. The Debtors did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtors filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said Order.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 22nd day of January, 2016.

                                                  */s/ Nancy K. Neidich*_____
                                                  NANCY K. NEIDICH, ESQUIRE
                                                  STANDING CHAPTER 13 TRUSTEE
                                                  P.O. BOX 279806
                                                  MIRAMAR, FL  33027-9806

CC: SILVIO SALVADOR MEDRANO
     LILA CARMEN MEDRANO
     PATRICK L. CORDERO, ESQUIRE